**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7039**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ELTRENTROSE F. LIVERMAN, a/k/a Trent,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:95-cr-00151-RBS-FBS-7)

Submitted:  June 29, 2021            Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eltrentrose F. Liverman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eltrentrose F. Liverman appeals the district court's orders denying his motion seeking relief pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, and motion to reconsider the denial of his First Step Act motion. We review a district court's decision whether to grant or deny a reduction under the First Step Act for abuse of discretion. *See United States v. Jackson*, 952 F.3d 492, 497 (4th Cir. 2020). If the defendant is eligible for First Step Act relief, as the district court concluded that Liverman is, the district court nevertheless has discretion to determine whether to reduce the defendant's sentence. *See United States v. Gravatt*, 953 F.3d 258, 261 (4th Cir. 2020); *see also* First Step Act of 2018, § 404(c), 132 Stat. at 5222.

We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*